UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK F. KNOX, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV1390 HEA |
| DAVOL, INC. and C.R. BARD, INC., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On **December 15, 2010**, this Court ordered plaintiff to show cause why the complaint against Defendants **Davol, Inc.** and **C.R. Bard, Inc.** should not be dismissed without prejudice for failure to serve process within 120 days. Plaintiff has not responded to that order.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint against defendants **Davol, Inc.** and **C.R. Bard, Inc.** is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

Dated this 26th day of January, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE